UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2632-GW (JCx) | Date | June 22, 2016 |
|---|---|---|---|
| Title | *Delmar Arnaud v. BMG Rights Mgmt. US LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION

On April 18, 2016, Delmar Arnaud ("Plaintiff") filed a Complaint alleging that BMG Rights Management US LLC ("Defendant") failed to make royalty payments for music-related companies that Plaintiff controls. *See* Compl. ¶¶ 7-10, Docket No. 1. Plaintiff contends that jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because "Arnaud [is] diverse from all defendants." *See id.* ¶ 3. Plaintiff does not, however, assert the actual citizenship of himself or Defendant. *See id.* ¶¶ 3-4.

In order for a court to have jurisdiction under § 1332(a), the parties must be completely diverse. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005) ("[T]he presence . . . of a single plaintiff from the same [s]tate as a single defendant deprives the district court of original diversity jurisdiction."). For the purposes of diversity jurisdiction, determining an individual's citizenship is different than determining an LLC's citizenship. *Compare Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986) (holding that a person is a citizen of the state where they reside with the intention of remaining indefinitely), *with Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens.").

The burden of proving jurisdictional facts falls on the party invoking federal jurisdiction. *See Kanter v. Warner–Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Thus, because Plaintiff is invoking the Court's original diversity jurisdiction, he must prove that jurisdiction is proper and that the citizenships of the parties are truly diverse.

Courts have consistently held that complaints which invoke diversity jurisdiction but fail to state the parties' citizenships are defective. *See, e.g., Segundo Suenos, LLC v. Jones*, 494 F.App'x 732, 735 (9th Cir. 2012) (finding failure to allege citizenships of the members of an LLC to be a "fatal defect");

|  | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2632-GW (JCx) | Date | June 22, 2016 |
|---|---|---|---|
| Title | *Delmar Arnaud v. BMG Rights Mgmt. US LLC* | | |

*Kanter*, 265 F.3d at 857 ([A] party seeking to invoke diversity jurisdiction should . . . allege [] the actual citizenship of the relevant parties."); *Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F.App'x 62, 65 (9th Cir. 2011); *Chem. Leaman Tank Lines, Inc. v. Aetna Cas. & Sur. Co.*, 177 F.3d 210, 222 n. 13 (3d Cir. 1999) ("[T]he plaintiff must state all parties' citizenships such that the existence of complete diversity can be confirmed.").

In support of jurisdiction, Plaintiff alleges that "Arnaud [is] diverse from all defendants." *See* Compl. ¶ 3, Docket No. 1. However, nowhere in the Complaint does Plaintiff allege his actual citizenship. Nor does Plaintiff allege the citizenship(s) of Defendant. Indeed, because Defendant is an LLC, Plaintiff must allege the citizenships of each of its owners/members.

The parties are presently scheduled to appear before this Court on June 30, 2016, for a Scheduling Conference. The Court orders Plaintiff to show cause in writing no later than **Wednesday, June 29, 2016, at 12:00 noon**, why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff is reminded that courtesy copies are to be delivered to Chambers.

The Court further orders the Court Clerk promptly to serve this order on all parties.

:

Initials of Preparer    JG